**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6746**

———————

UNULA BOO SHAWN ABEBE,

              Plaintiff - Appellant,

       v.

SHARONDA SUTTON; JAMIE BELUE; JAMES HARRIS; ERNEST ROWE;
WILLIAMS BYARS,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.    Margaret B. Seymour, Chief
District Judge.   (5:12-cv-00202-MBS)

———————

Submitted:  September 27, 2012        Decided:  October 1, 2012

———————

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Unula Boo Shawn Abebe, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Boo Shawn Abebe appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abebe v. Sutton, No. 5:12-cv-00202-MBS (D.S.C. Apr. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED